# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

---

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2023
```

Author: Matthew A. Brown - Partner
Direct E-Mail Address: matt@mllaborlaw.com
Direct Dial: (516) 303-1366

*Via ECF*

June 7, 2023

Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

> The requested adjournment is granted, and the IPTC will be rescheduled. Unless the IPTC takes place earlier, the parties shall jointly file a status report by August 28, 2023.
>
> SO ORDERED:
>
> 7/11/2023
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

Re:   *Garcia v. Il Postino, Inc., et al*
      Docket #: 23-cv-04053 (RA)(RWL)

Dear Magistrate Judge Lehrburger:

    This firm represents the Defendants in the above-referenced matter. This letter shall serve as Defendants' request for an adjournment of the Initial Pretrial Conference scheduled for July 19, 2023. The basis for this request is that the parties have scheduled a mediation for August 21, 2023. Therefore, an adjournment will help preserve the resources of the parties and court because if a settlement is reached at the mediation, the Initial Pretrial Conference will not be necessary. Defendants have not previously requested an adjournment of the Initial Pretrial Conference. The parties are mutually available to appear at an Initial Pretrial Conference, if necessary, on August 22, 23 and 24, 2023. Plaintiff consents to this request.

    Thank you for your attention to this matter.

Respectfully submitted,

/s/ Matthew A. Brown

cc:   all counsel of record (via ECF)