

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

August 28, 2023

**Via ECF**
The Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **Garcia v. Il Postino, Inc., et al.**
**23-CV-4053 (RA)(RWL)**

Dear Judge Abrams:

  Our office represents the Plaintiff in the above-referenced matter and we submit this letter motion jointly with Defendants to request a stay of all deadlines in light of the parties reaching a settlement at Court-annexed mediation earlier this week.

  As this matter involves claims asserted under the Fair Labor Standards Act, the parties are now preparing the settlement agreement and motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). We request that the Court stay all existing deadlines and set a deadline of September 14, 2023 for the submission of the settlement documents.

  We thank the Court for its consideration and remain available to provide any additional information.

Respectfully submitted,

*James O'Donnell*
James O'Donnell, Esq.

Application granted.

SO ORDERED.

*[signature]*

Hon. Ronnie Abrams
United States District Judge
08/29/2023